UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

THOMAS DALEY,

    Plaintiff,

v.

    Case No. 23-cv-11215
    Hon. Matthew F. Leitman

ADVANCE ENGINEERING CO.,

    Defendant.

_____/

## JUDGMENT

In accordance with the Court's Order (ECF No. 15), dated January 23, 2025:

**IT IS ORDERED AND ADJUDGED** that (1) judgment is entered in favor of Advance Engineering Company and against Plaintiff Thomas Daley, and (2) Daley's claims against Advance Engineering Company are **DISMISSED WITH PREJUDICE**.

    KINIKIA ESSIX
    CLERK OF COURT

    By: s/Holly A. Ryan
        Deputy Clerk

Approved:
s/Matthew F. Leitman
MATTHEW F. LEITMAN
United States District Judge

Dated:  January 23, 2025
Detroit, Michigan

1